REORDER CATALOG # 6001122 & 6001152

NOBLE AUTOMOTIVE · NEWTON IA 50208

| Comp # | Dept # | Employee # | Clock # | Social Security # | Name | Pay Period | Pay # | Pay Date | Check # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 | 91011 | | | ROBERT C HAM | ENDING 01/21/11 | 5 | 01/28/11 | 4577 |

| Type | Hours | Rate | Earnings | YTD | Type | Earnings | YTD | Type | Ded Amt | Type | Ded Amt | Type | Ded Amt | YTD | Code | ST/Local | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | 1483 | 180000 | 26694 | 259560 | | | | | | | | | | | | | |
| | | | ******** | | | | | | | | | | | | | | |
| | | | ******** | | | | | | | | | | | | | | |

| | Gross Pay | Fed Tax | S.S. Tax | Medi Tax | State Tax | Local Tax | SUI/SDI | Misc Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| This Pay | 26694 | | 1121 | 387 | 395 | | | | 24791 |
| YTD | 273960 | 10533 | 9592 | 3311 | 7296 | | | | 195249 |

BEGINNING PAY PERIOD DATE: 1.15

---

REORDER CATALOG # 6001122 & 6001152

NOBLE AUTOMOTIVE · NEWTON IA 50208

| Comp # | Dept # | Employee # | Clock # | Social Security # | Name | Pay Period | Pay # | Pay Date | Check # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 | 91011 | | | ROBERT C HAM | ENDING 01/14/11 | 3 | 01/21/11 | 4530 |

| Type | Hours | Rate | Earnings | YTD | Type | Earnings | YTD | Type | Ded Amt | Type | Ded Amt | Type | Ded Amt | YTD | Code | ST/Local | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | 3770 | 180000 | 67860 | 202860 | | | | | | | | UNI | 645 | 1750 | | | |
| | | | ******** | | | | | | | | | INS | 11396 | 32271 | | | |
| | | | ******** | | | | | | | | | | | | | | |

| | Gross Pay | Fed Tax | S.S. Tax | Medi Tax | State Tax | Local Tax | SUI/SDI | Misc Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| This Pay | 67860 | 2704 | 2372 | 819 | 2023 | | | 12041 | 47901 |
| YTD | 217260 | 10533 | 7689 | 2655 | 6870 | | | | 153575 |

BEGINNING PAY PERIOD DATE: 1.8

---

REORDER CATALOG # 6001122 & 6001152

NOBLE AUTOMOTIVE · NEWTON IA 50208

| Comp # | Dept # | Employee # | Clock # | Social Security # | Name | Pay Period | Pay # | Pay Date | Check # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 | 91011 | | | ROBERT C HAM | ENDING 01/28/11 | 6 | 02/04/11 | 4592 |

| Type | Hours | Rate | Earnings | YTD | Type | Earnings | YTD | Type | Ded Amt | Type | Ded Amt | Type | Ded Amt | YTD | Code | ST/Local | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | 4640 | 180000 | 83520 | 343080 | | | | | | | | UNI | 645 | 3040 | | | |
| | | | ******** | | | | | | | | | INS | 11396 | 55063 | | | |
| | | | ******** | | | | | | | | | | | | | | |

| | Gross Pay | Fed Tax | S.S. Tax | Medi Tax | State Tax | Local Tax | SUI/SDI | Misc Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| This Pay | 83520 | 4770 | 3029 | 1046 | 2934 | | | 12041 | 59700 |
| YTD | 357480 | 15303 | 12621 | 4357 | 10230 | | | | 254949 |

BEGINNING PAY PERIOD DATE: 2.1

---

REORDER CATALOG # 6001122 & 6001152

NOBLE AUTOMOTIVE · NEWTON IA 50208

| Comp # | Dept # | Employee # | Clock # | Social Security # | Name | Pay Period | Pay # | Pay Date | Check # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 | 91011 | | | ROBERT C HAM | ENDING 01/21/11 | 4 | 01/28/11 | 4556 |

| Type | Hours | Rate | Earnings | YTD | Type | Earnings | YTD | Type | Ded Amt | Type | Ded Amt | Type | Ded Amt | YTD | Code | ST/Local | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | 1667 | 180000 | 30006 | 232866 | | | | | | | | UNI | 645 | 2395 | | | |
| | | | ******** | | | | | | | | | INS | 11396 | 43667 | | | |
| | | | ******** | | | | | | | | | | | | | | |

| | Gross Pay | Fed Tax | S.S. Tax | Medi Tax | State Tax | Local Tax | SUI/SDI | Misc Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| This Pay | 30006 | | 782 | 269 | 31 | | | 12041 | 16883 |
| YTD | 247266 | 10533 | 8471 | 2924 | 6901 | | | | 170458 |

BEGINNING PAY PERIOD DATE: 1.15

NOBLE AUTOMOTIVE · NEWTON IA 50208

| Comp # | Dept # | Employee # | Clock # | Social Security # | Name | Pay Period | Pay # | Pay Date | Check # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 | 91011 | | | ROBERT C HAM | ENDING 12/31/10 | 1 | 01/07/11 | 4468 |

| Type | Hours | Rate | Earnings | YTD | Type | Earnings | YTD |
|---|---|---|---|---|---|---|---|
| REG | 3110 | 180000 | 55980 | 55980 | | | |
| | | | ******** | | | | |
| | | | ******** | | | | |

| Type | Ded Amt | YTD | Code | ST/Local | YTD |
|---|---|---|---|---|---|
| UNI | 460 | 460 | | | |
| DEN | 1917 | 1917 | | | |
| INS | 10639 | 10639 | | | |

| This | Gross Pay | Fed Tax | S.S. Tax | Medi Tax | State Tax | Local Tax | SUI/SDI | Misc Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Pay | 55980 | 1400 | 1823 | 630 | 1274 | | | 13016 | 37837 |
| YTD | 55980 | 1400 | 1823 | 630 | 1274 | | | | 37837 |

BEGINNING PAY PERIOD DATE: 1.1

OBLE AUTOMOTIVE · NEWTON IA 50208

| omp # | Dept # | Employee # | Clock # | Social Security # | Name | Pay Period | Pay # | Pay Date | Check # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 | 91011 | | | ROBERT C HAM | ENDING 01/07/11 | 2 | 01/14/11 | 4492 |

| ype | Hours | Rate | Earnings | YTD | Type | Earnings | YTD |
|---|---|---|---|---|---|---|---|
| EG | 4390 | 180000 | 79020 | 135000 | | | |
| OL | 800 | 180000 | 14400 | 14400 | | | |
| | | | 93420 | <-TOT REG | | | |
| | | | ******** | | | | |

| Type | Ded Amt | YTD | Code | ST/Local | YTD |
|---|---|---|---|---|---|
| UNI | 645 | 1105 | | | |
| INS | 10236 | 20875 | | | |

| This | Gross Pay | Fed Tax | S.S. Tax | Medi Tax | State Tax | Local Tax | SUI/SDI | Misc Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Pay | 93420 | 6429 | 3494 | 1206 | 3573 | | | 10881 | 67837 |
| YTD | 149400 | 7829 | 5317 | 1836 | 4847 | | | | 105674 |

BEGINNING PAY PERIOD DATE: 1.1

O REORDER CATALOG # 6001122 & 6001152

NOBLE AUTOMOTIVE · NEWTON IA 50208

| Comp # | Dept # | Employee # | Clock # | Social Security # | Name | Pay Period | Pay # | Pay Date | Check # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 | 91011 | | | ROBERT C HAM | ENDING 12/24/10 | 46 | 12/31/10 | 4431 |

| Type | Hours | Rate | Earnings | YTD | Type | Earnings | YTD |
|---|---|---|---|---|---|---|---|
| REG | 3410 | 180000 | 61380 | 2016774 | | | |
| HOL | 800 | 180000 | 14400 | 72000 | | | |
| TRN | 100 | 180000 | 1800 | 99540 | | | |
| | | | 77580 | <-TOT REG | | | |
| | | | ******** | | | | |

| Type | Ded Amt | YTD | Code | ST/Local | YTD |
|---|---|---|---|---|---|
| UNI | 460 | 23920 | | | |
| DEN | 1917 | 7668 | | | |
| INS | 10639 | 42556 | | | |

| This | Gross Pay | Fed Tax | S.S. Tax | Medi Tax | State Tax | Local Tax | SUI/SDI | Misc Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Pay | 77580 | 2648 | 4032 | 942 | 2596 | | | 13016 | 54346 |
| YTD | 2224254 | 54182 | 134790 | 31523 | 70047 | | | | 1856568 |

BEGINNING PAY PERIOD DATE: 12.18

O REORDER CATALOG # 6001122 & 6001152

NOBLE AUTOMOTIVE · NEWTON IA 50208

| Comp # | Dept # | Employee # | Clock # | Social Security # | Name | Pay Period | Pay # | Pay Date | Check # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 | 91011 | | | ROBERT C HAM | ENDING 12/17/10 | 45 | 12/24/10 | 4388 |

| Type | Hours | Rate | Earnings | YTD | Type | Earnings | YTD |
|---|---|---|---|---|---|---|---|
| REG | 4520 | 180000 | 81360 | 1955394 | | | |
| | | | ******** | | | | |
| | | | ******** | | | | |

| Type | Ded Amt | YTD | Code | ST/Local | YTD |
|---|---|---|---|---|---|
| UNI | 460 | 23460 | | | |
| DEN | 1917 | 5751 | | | |
| INS | 10639 | 31917 | | | |

| This | Gross Pay | Fed Tax | S.S. Tax | Medi Tax | State Tax | Local Tax | SUI/SDI | Misc Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Pay | 81360 | 3215 | 4266 | 998 | 2814 | | | 13016 | 57051 |
| YTD | 2146674 | 51534 | 130758 | 30581 | 67451 | | | | 1802222 |

BEGINNING PAY PERIOD DATE: 12.11

O REORDER CATALOG # 6001122 & 6001152

NOBLE AUTOMOTIVE · NEWTON IA 50208

| Comp # | Dept # | Employee # | Clock # | Social Security # | Name | Pay Period | Pay # | Pay Date | Check # |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | 04 | 91011 | | | ROBERT C HAM | ENDING 02/04/11 | 7 | 02/11/11 | 4631 |

| Type | Hours | Rate | Earnings | YTD | Type | Earnings | YTD | Type | Ded Amt | Type | Ded Amt | Type | Ded Amt | YTD | Code | ST/Local | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | 3110 | 180000 | 55980 | 399060 | | | | | | | | UNI | 645 | 3685 | | | |
| | | | ******** | | | | | | | | | INS | 11396 | 66459 | | | |
| | | | ******** | | | | | | | | | | | | | | |

2-11-11

| This | Gross Pay | Fed Tax | S.S. Tax | Medi Tax | State Tax | Local Tax | SUI/SDI | Misc Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Pay | 55980 | 1516 | 1872 | 647 | 1338 | | | 12041 | 38566 |
| YTD | 413460 | 16819 | 14493 | 5004 | 11568 | | | | 293515 |

BEGINNING PAY PERIOD DATE: 2.1

O REORDER CATALOG # 6001122 & 6001152

NOBLE AUTOMOTIVE · NEWTON IA 50208

| Comp # | Dept # | Employee # | Clock # | Social Security # | Name | Pay Period | Pay # | Pay Date | Check # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 | 91011 | | | ROBERT C HAM | ENDING 02/11/11 | 9 | 02/18/11 | 4668 |

| Type | Hours | Rate | Earnings | YTD | Type | Earnings | YTD | Type | Ded Amt | Type | Ded Amt | Type | Ded Amt | YTD | Code | ST/Local | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | 3480 | 180000 | 62640 | 473096 | | | | | | | | UNI | 645 | 4330 | | | |
| | | | ******** | | | | | | | | | | | | | | |
| | | | ******** | | | | | | | | | | | | | | |

| This | Gross Pay | Fed Tax | S.S. Tax | Medi Tax | State Tax | Local Tax | SUI/SDI | Misc Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Pay | 62640 | 3348 | 2631 | 908 | 2386 | | | 645 | 52722 |
| YTD | 487496 | 20167 | 17603 | 6077 | 13954 | | | | 356989 |

BEGINNING PAY PERIOD DATE: 2.5

OBLE AUTOMOTIVE · NEWTON IA 50208

| omp # | Dept # | Employee # | Clock # | Social Security # | Name | Pay Period | Pay # | Pay Date | Check # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 | 91011 | | | ROBERT C HAM | ENDING 02/25/11 | 11 | 03/04/11 | 4743 |

| ype | Hours | Rate | Earnings | YTD | Type | Earnings | YTD | Type | Ded Amt | Type | Ded Amt | Type | Ded Amt | YTD | Code | ST/Local | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EG | 4390 | 180000 | 79020 | 630236 | | | | | | | | UNI | 645 | 5620 | | | |
| | | | ******** | | | | | | | | | | | | | | |
| | | | ******** | | | | | | | | | | | | | | |

| This | Gross Pay | Fed Tax | S.S. Tax | Medi Tax | State Tax | Local Tax | SUI/SDI | Misc Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Pay | 79020 | 5805 | 3319 | 1146 | 3333 | | | 645 | 64772 |
| YTD | 644636 | 31642 | 24203 | 8356 | 20568 | | | | 485871 |

BEGINNING PAY PERIOD DATE: 3.1

O REORDER CATALOG # 6001122 & 6001152

NOBLE AUTOMOTIVE · NEWTON IA 50208

| Comp # | Dept # | Employee # | Clock # | Social Security # | Name | Pay Period | Pay # | Pay Date | Check # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 | 91011 | | | ROBERT C HAM | ENDING 02/18/11 | 10 | 02/25/11 | 4695 |

| Type | Hours | Rate | Earnings | YTD | Type | Earnings | YTD | Type | Ded Amt | Type | Ded Amt | Type | Ded Amt | YTD | Code | ST/Local | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | 4340 | 180000 | 78120 | 551216 | | | | | | | | UNI | 645 | 4975 | | | |
| | | | ******** | | | | | | | | | | | | | | |
| | | | ******** | | | | | | | | | | | | | | |

| This | Gross Pay | Fed Tax | S.S. Tax | Medi Tax | State Tax | Local Tax | SUI/SDI | Misc Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Pay | 78120 | 5670 | 3281 | 1133 | 3281 | | | 645 | 64110 |
| YTD | 565616 | 25837 | 20884 | 7210 | 17235 | | | | 421099 |

BEGINNING PAY PERIOD DATE: 2.12

NOBLE AUTOMOTIVE - NEWTON IA 50208

| Comp # | Dept # | Employee # | Clock # | Social Security # | Name | Pay Period | Pay # | Pay Date | Check # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 | 91011 | | | ROBERT C HAM | ENDING 03/04/11 | 12 | 03/11/11 | 4774 |

| Type | Hours | Rate | Earnings | YTD | Type | Earnings | YTD | Type | Ded Amt | Type | Ded Amt | Type | Ded Amt | YTD | Code | ST/Local | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | 3580 | 180000 | 64440<br>********<br>******** | 694676 | | | | | | | | UNI | 645 | 6265 | | | |

| This | Gross Pay | Fed Tax | S.S. Tax | Medi Tax | State Tax | Local Tax | SUI/SDI | Misc Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Pay | 64440 | 3618 | 2707 | 934 | 2490 | | | 645 | 54046 |
| YTD | 709076 | 35260 | 26910 | 9290 | 23058 | | | | 539917 |

BEGINNING PAY PERIOD DATE: 3.1

REORDER CATALOG # 6001122 & 6001152

## PROGRESS INDUSTRIES

000000062588

062588

| EMPLOYEE ID | EMPLOYEE NAME | DATE | VACATION | SICK | SOCIAL SEC. NO. | START PERIOD | END PERIOD |
|---|---|---|---|---|---|---|---|
| 7649 | SUSAN A. HAM | 02/18/2011 | 0.0( | 40.00 | | 01/31/2011 | 02/13/2011 |

| EARNINGS | | | | TAXES | | | DEDUCTIONS | | | BENEFITS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CODE | RATE | HOURS | AMOUNT | CODE | WITHHELD | YEAR-TO-DATE | CODE | AMOUNT | YEAR-TO-DATE | CODE | AMOUNT | YEAR-TO-DATE |
| HRLY | $11.75 | 79.08 | $929.19 | FICA | | | DTFPRE | $7.50 | $15.00 | FVIS | $9.14 | $18.28 |
| OVERT | $17.62 | 2.25 | $39.66 | MED. | $12.60 | $48.72 | HIFPRE | $92.50 | $185.00 | UFDEN | $32.50 | $65.00 |
| | | | | S.S. | $36.49 | $141.12 | | | | UFHLT | $596.26 | $1,192.52 |
| | | | | FEDERAL | $28.04 | $100.60 | | | | | | |
| | | | | STATE | | | | | | | | |
| | | | | IA | $26.00 | $96.00 | | | | | | |
| | | | | LOCAL | | | | | | | | |
| TOTAL | | 81.33 | $968.85 | | $103.13 | | | $100.00 | | | $637.90 | |

| GROSS YEAR-TO-DATE | NET YEAR-TO-DATE |
|---|---|
| $3,559.72 | $2,973.28 |

| NET PAY |
|---|
| $765.72 |

024

Ranges:

| | |
|---|---|
| Employee ID | 7649 - 7649 |
| Check Number | First - Last |
| Audit Trail Code | First - Last |
| Date | 12/23/2010 - 12/23/2010 |

Sort By: Employee ID
*=Voided

| Check Number | Payment# | Employee ID | Name | | Check Date | Posted Date | Audit Trail Code |
|---|---|---|---|---|---|---|---|
| Gross Wage | Federal Tax | FICA Soc Sec Tax | FICA Med Tax | Deductions | Benefits | Net Wage | |
| Federal Tax/Tips | FICA Soc Sec/Tips | FICA Med/Tips | Uncollected FICA Soc Sec/Tips | Uncollected FICA Med/Tips | | | |
| DD067766 | 136,033 | 7649 | HAM, SUSAN A | | 12/23/2010 | 12/23/2010 | UPRCC00001177 |
| $1,072.53 | $26.29 | $66.50 | $15.55 | $0.00 | $0.00 | $925.19 | |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |
| $1,072.53 | $26.29 | $66.50 | $15.55 | $0.00 | $0.00 | $925.19 | |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | |

Progress Industries - Direct Deposit Payroll

Direct Deposit Advice Slip

| EMPLOYEE ID | EMPLOYEE NAME | DATE | VACATION | SICK | SOCIAL SEC. NO. | START PERIOD | END PERIOD |
|---|---|---|---|---|---|---|---|
| 7649 | SUSAN A. HAM | 01/07/2011 | 0.00 | 0.00 | | 12/20/2010 | 01/02/2011 |

| EARNINGS | | | | TAXES | | | DEDUCTIONS | | | BENEFITS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CODE | RATE | HOURS | AMOUNT | CODE | WITHHELD | YEAR-TO-DATE | CODE | AMOUNT | YEAR-TO-DATE | CODE | AMOUNT | YEAR-TO-DATE |
| HRLY | $10.75 | 60.24 | $647.59 | FICA | $9.39 | $9.39 | | | | | | |
| | | | | MED. | $27.20 | $27.20 | | | | | | |
| | | | | S.S. | $5.91 | $5.91 | | | | | | |
| | | | | FEDERAL | $13.00 | $13.00 | | | | | | |
| | | | | STATE | | | | | | | | |
| | | | | IA | | | | | | | | |
| | | | | LOCAL | | | | | | | | |
| TOTAL | | 60.24 | $647.59 | | $55.50 | | | | | | | |

| GROSS YEAR-TO-DATE | NET YEAR-TO-DATE |
|---|---|
| $647.59 | $592.09 |

| NET PAY |
|---|
| $592.09 |

024

DD067989

**PROGRESS INDUSTRIES**
1017 E. 7th St. N.
P.O. Box 1449
Newton, Iowa 50208-1449
641-792-6119

**USBANK**
33-54-730

| DATE | AMOUNT |
|---|---|
| 01/07/2011 | $592.09 |

Five Hundred Ninety Two Dollars And 09 Cents

PAY TO THE ORDER OF

SUSAN A. HAM
3862 S 76TH AVENUE EAST

REASNOR IA 50232

# NON-NEGOTIABLE

Per your authorization, Progress Industries has deposited your paycheck to the financial institution of your choice.

MP

Progress Industries - Direct Deposit Payroll

Deposit Information

| Bank | Account | Amount | Trx Code |
|---|---|---|---|
| 073000545 | 2918052982 | $592.09 | 22 |

Progress Industries - Direct Deposit Payroll

Direct Deposit Advice Slip

| EMPLOYEE ID | EMPLOYEE NAME | DATE | VACATION | SICK | SOCIAL SEC. NO. | START PERIOD | END PERIOD |
|---|---|---|---|---|---|---|---|
| 7649 | SUSAN A. HAM | 01/21/2011 | 0.00 | 0.00 | | 01/03/2011 | 01/16/2011 |

| EARNINGS | | | | TAXES | | | DEDUCTIONS | | | BENEFITS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CODE | RATE | HOURS | AMOUNT | CODE | WITHHELD | YEAR-TO-DATE | CODE | AMOUNT | YEAR-TO-DATE | CODE | AMOUNT | YEAR-TO-DATE |
| HRLY | $10.75 | 80.00 | $860.00 | FICA | $14.51 | $23.90 | | | | | | |
| OVERT | $16.12 | 8.74 | $140.93 | MED. | $42.04 | $69.24 | | | | | | |
| | | | | S.S. | $41.25 | $47.16 | | | | | | |
| | | | | FEDERAL | $33.00 | $46.00 | | | | | | |
| | | | | STATE | | | | | | | | |
| | | | | IA | | | | | | | | |
| | | | | LOCAL | | | | | | | | |
| TOTAL | | 88.74 | $1,000.93 | | $130.80 | | | | | | | |

| GROSS YEAR-TO-DATE | NET YEAR-TO-DATE |
|---|---|
| $1,648.52 | $1,462.22 |
| | NET PAY |
| | $870.13 |

024

**PROGRESS INDUSTRIES**
1017 E. 7th St. N.
P.O. Box 1449
Newton, Iowa 50208-1449
641-792-6119

DD068178

**USBANK**
33-54-730

| DATE | AMOUNT |
|---|---|
| 01/21/2011 | $870.13 |

Eight Hundred Seventy Dollars And 13 Cents

PAY TO THE ORDER OF

SUSAN A. HAM
3862 S 76TH AVE E

REASNOR IA 50232

**NON-NEGOTIABLE**

Per your authorization, Progress Industries has deposited your paycheck to the financial institution of your choice.

MP

Progress Industries - Direct Deposit Payroll

Deposit Information

| Bank | Account | Amount | Trx Code |
|---|---|---|---|
| 073000545 | 2918052982 | $870.13 | 22 |

Progress Industries - Direct Deposit Payroll

Direct Deposit Advice Slip

| EMPLOYEE ID | EMPLOYEE NAME | DATE | VACATION | SICK | SOCIAL SEC. NO. | START PERIOD | END PERIOD |
|---|---|---|---|---|---|---|---|
| 7649 | SUSAN A. HAM | 02/04/2011 | 0.00 | 40.00 | | 01/17/2011 | 01/30/2011 |

| EARNINGS | | | | TAXES | | | DEDUCTIONS | | | BENEFITS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CODE | RATE | HOURS | AMOUNT | CODE | WITHHELD | YEAR-TO-DATE | CODE | AMOUNT | YEAR-TO-DATE | CODE | AMOUNT | YEAR-TO-DATE |
| HRLY | $11.75 | 77.08 | $905.69 | FICA | $12.22 | $36.12 | DTFPRE | $7.50 | $7.50 | FVIS | $9.14 | $9.14 |
| OVERT | $17.62 | 2.08 | $36.66 | MED. | $35.39 | $104.63 | HIFPRE | $92.50 | $92.50 | UFDEN | $32.50 | $32.50 |
| | | | | S.S. | $25.40 | $72.56 | | | | UFHLT | $596.26 | $596.26 |
| | | | | FEDERAL | $24.00 | $70.00 | | | | YELIFE | $0.36 | $0.36 |
| | | | | STATE | | | | | | | | |
| | | | | IA | | | | | | | | |
| | | | | LOCAL | | | | | | | $638.26 | |
| TOTAL | | 79.16 | $942.35 | | $97.01 | | | $100.00 | | | | |

| GROSS YEAR-TO-DATE | NET YEAR-TO-DATE |
|---|---|
| $2,590.87 | $2,207.56 |
| | NET PAY |
| | $745.34 |

024

DD068414

**PROGRESS INDUSTRIES**
1017 E. 7th St. N.
P.O. Box 1449
Newton, Iowa 50208-1449
641-792-6119

**USBANK**
33-54-730

| DATE | AMOUNT |
|---|---|
| 02/04/2011 | $745.34 |

Seven Hundred Forty Five Dollars And 34 Cents

PAY
TO THE
ORDER
OF

SUSAN A. HAM
3862 S 76TH AVE E

REASNOR IA 50232

**NON-NEGOTIABLE**

Per your authorization, Progress Industries has deposited your paycheck to the financial institution of your choice.

MP

Progress Industries - Direct Deposit Payroll

Deposit Information

| Bank | Account | Amount | Trx Code |
|---|---|---|---|
| 073000545 | 2918052982 | $745.34 | 22 |

Progress Industries - Direct Deposit Payroll

Direct Deposit Advice Slip

| EMPLOYEE ID | EMPLOYEE NAME | DATE | VACATION | SICK | SOCIAL SEC. NO. | START PERIOD | END PERIOD |
|---|---|---|---|---|---|---|---|
| 7649 | SUSAN A. HAM | 03/04/2011 | 0.00 | 40.00 | | 02/14/2011 | 02/27/2011 |

| EARNINGS | | | | TAXES | | | DEDUCTIONS | | | BENEFITS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CODE | RATE | HOURS | AMOUNT | CODE | WITHHELD | YEAR-TO-DATE | CODE | AMOUNT | YEAR-TO-DATE | CODE | AMOUNT | YEAR-TO-DATE |
| HRLY | $12.00 | 70.58 | $846.96 | FICA | $11.99 | $60.71 | DTFPRE | $7.50 | $22.50 | FVIS | $9.14 | $27.42 |
| HRLY | $11.75 | 6.75 | $79.31 | MED. | $34.74 | $175.86 | HIFPRE | $92.50 | $277.50 | UFDEN | $32.50 | $97.50 |
| | | | | S.S. | $23.80 | $124.40 | | | | UFHLT | $596.26 | $1,788.78 |
| | | | | FEDERAL | $23.00 | $119.00 | | | | YELIFE | $0.72 | $1.08 |
| | | | | STATE | | | | | | | | |
| | | | | IA | | | | | | | | |
| | | | | LOCAL | | | | | | | | |
| | | | | | | | | | | | $638.62 | |
| TOTAL | | 77.33 | $926.27 | | $93.53 | | | $100.00 | | | | |

| GROSS YEAR-TO-DATE | NET YEAR-TO-DATE |
|---|---|
| $4,485.99 | $3,706.02 |
| | **NET PAY** |
| | $732.74 |

024

DD068840

**PROGRESS INDUSTRIES**
1017 E. 7th St. N.
P.O. Box 1449
Newton, Iowa 50208-1449
641-792-6119

**USBANK**
33-54-730

| DATE | AMOUNT |
|---|---|
| 03/04/2011 | $732.74 |

Seven Hundred Thirty Two Dollars And 74 Cents

PAY TO THE ORDER OF

SUSAN A. HAM
3862 S 76TH AVE E

REASNOR IA 50232

**NON-NEGOTIABLE**

Per your authorization, Progress Industries has deposited your paycheck to the financial institution of your choice.

MP

Progress Industries - Direct Deposit Payroll

Deposit Information

| Bank | Account | Amount | Trx Code |
|---|---|---|---|
| 091408734 | 11402642 | $732.74 | 22 |

46090V.FDB

| Employee File # | Company Name | | | |
|---|---|---|---|---|
| 0582 | NEWTON YMCA | | | |
| Co.# Div.# | Dept.# | Clock # | | |
| YMCA | | | | |
| Period Start | Period Ending | Check Date | | |
| NOV 15,2010 | NOV 28,2010 | DEC 3,2010 | FW- M 05 ST- M 00 | |

**SUSAN A HAM**
3862 S 76TH AVE E
REASNOR, IA 50232

| Check No. | NET PAY |
|---|---|
| 0013866 | ********14.78 |

## EARNINGS

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 2.00 | 8.0000 | 16.00 |
| **GROSS PAY** | **2.00** | | **$ 16.00** |

## TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 0.99 |
| MEDFICA | 0.23 |
| **TOTAL $** | **1.22** |

## DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|
| **TOTAL $** | **0.00** |

## YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 458.57 |
| FICA | 28.43 |
| MEDFICA | 6.65 |

| Employee File # | Company Name | | | |
|---|---|---|---|---|
| 0582 | NEWTON YMCA | | | |
| Co.# Div.# | Dept.# | Clock # | | |
| YMCA | | | | |
| Period Start | Period Ending | Check Date | | |
| FEB 7,2011 | FEB 20,2011 | FEB 25,2011 | FW= M 05<br>ST= M 00 | |

SUSAN A HAM
3862 S 76TH AVE E
REASNOR, IA 50232

| Check No. | NET PAY |
|---|---|
| 0014169 | ********84.49 |

## EARNINGS

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 11.25 | 7.2500 | 81.56 |
| REGULAR | 1.00 | 8.0000 | 8.00 |
| GROSS PAY | 12.25 | $ | 89.56 |

## TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 3.77 |
| MEDFICA | 1.30 |
| TOTAL $ | 5.07 |

## DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|
| TOTAL $ | 0.00 |

## YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 414.19 |
| FICA | 17.40 |
| MEDFICA | 6.01 |

| Employee File # | Company Name | | | |
|---|---|---|---|---|
| 0582 | NEWTON YMCA | | | |
| Co.# Div.# | Dept.# | Clock # | | |
| YMCA | | | [redacted] | |
| Period Start | Period Ending | Check Date | | |
| JAN 24,2011 | FEB 6,2011 | FEB 11,2011 | FW= M 05<br>ST= M 00 | |

SUSAN A HAM
3862 S 76TH AVE E
REASNOR, IA 50232

| Check No. | NET PAY |
|---|---|
| 0014123 | *******146.19 |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| REGULAR | 14.75 | 7.2500 | 106.94 | FICA | 6.50 | | | GROSS | 324.63 |
| REGULAR | 6.00 | 8.0000 | 48.00 | MEDFICA | 2.25 | | | FICA | 13.63 |
| | | | | | | | | MEDFICA | 4.71 |

| GROSS PAY 20.75 $ 154.94 | TOTAL $ 8.75 | TOTAL $ 0.00 |
|---|---|---|

| Employee File # | Company Name | | |
|---|---|---|---|
| 0582 | NEWTON YMCA | | |
| Co.# Div.# | Dept.# | Clock # | Soc.S [redacted] |
| YMCA | | | |
| Period Start | Period Ending | Check Date | |
| JAN 10,2011 | JAN 23,2011 | JAN 28,2011 | FW= M 05<br>ST= M 00 |

**SUSAN A HAM**
3862 S 76TH AVE E
REASNOR, IA 50232

| Check No. | NET PAY |
|---|---|
| 0014071 | ********99.19 |

## EARNINGS

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 14.50 | 7.2500 | 105.13 |

**GROSS PAY 14.50 $ 105.13**

## TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 4.42 |
| MEDFICA | 1.52 |

**TOTAL $ 5.94**

## DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|

**TOTAL $ 0.00**

## YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 169.69 |
| FICA | 7.13 |
| MEDFICA | 2.46 |

| Employee File # | Company Name | | | |
|---|---|---|---|---|
| 0582 | NEWTON YMCA | | | |
| Co.# Div.# | Dept.# | Clock # | [redacted] | |
| YMCA | | | | |
| Period Start | Period Ending | Check Date | | |
| DEC 27,2010 | JAN 9,2011 | JAN 14,2011 | FW= M 05<br>ST= M 00 | |

**SUSAN A HAM**
3862 S 76TH AVE E
REASNOR, IA 50232

| Check No. | NET PAY |
|---|---|
| 0014022 | ********60.91 |

## EARNINGS

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 7.25 | 7.2500 | 52.56 |
| REGULAR | 1.50 | 8.0000 | 12.00 |
| GROSS PAY | 8.75 | $ | 64.56 |

## TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 2.71 |
| MEDFICA | 0.94 |
| TOTAL $ | 3.65 |

## DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|
| TOTAL $ | 0.00 |

## YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 64.56 |
| FICA | 2.71 |
| MEDFICA | 0.94 |

| Employee File # | Company Name | | | |
|---|---|---|---|---|
| 0582 | NEWTON YMCA | | | |
| Co# Div # | Dept.# | Clock # | Soc Sec # | |
| YMCA | | | [redacted] | |
| Period Start | Period Ending | Check Date | FW: M 05 ST: M 00 | |
| NOV 29,2010 | DEC 12,2010 | DEC 17,2010 | | |

SUSAN A HAM
3862 S 76TH AVE E
REASNOR, IA 50232

| Check No. | NET PAY |
|---|---|
| 0013917 | ********29.84 |

## EARNINGS

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 2.25 | 7.2500 | 16.31 |
| REGULAR | 2.00 | 8.0000 | 16.00 |
| GROSS PAY | 4.25 | $ | 32.31 |

## TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 2.00 |
| MEDFICA | 0.47 |
| TOTAL $ | 2.47 |

## DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|
| TOTAL $ | 0.00 |

## YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 490.88 |
| FICA | 30.43 |
| MEDFICA | 7.12 |